**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAQUEL FLORES,

    Plaintiff,

CASE NO.: 6:23-cv-895

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

    Defendant.
_____/

**NOTICE OF REMOVAL**

    Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida limited partnership ("UCDP"), by and through its undersigned counsel, hereby gives notice of removal of this action from state court to this District Court pursuant to 28 U.S.C. § 1441(a), asserting in support thereof as follows:

    **I.**    **INTRODUCTION**

    1.    On March 21, 2023, Plaintiff, RAQUEL FLORES filed a Complaint against UCDP in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. True and correct copies of the Civil Cover Sheet and Complaint filed by Plaintiff are concurrently filed. The state court action is pending as Case No. 2023-CA-005455-O.

    2.    Plaintiff asserts a claim of negligence against UCDP arising out of an incident that occurred on a moving walkway on or about July 21, 2021 at Universal's CityWalk.

    3.    On March 28, 2023, Plaintiff filed an Amended Complaint. A true and correct copy of the Amended Complaint is concurrently filed. Additionally, true and correct copies of: Plaintiff's Notice of Appearance of Counsel (filed on March 21, 2023); Plaintiff's Notice of Filing Case Management Plan Order (filed on March 21, 2023); a Standing Case Management Plan/Order

(General Track) (filed on March 31, 2023); Summons (filed on April 6, 2023); UCDP's Notice of Appearance of Counsel (filed on April 27, 2023); and UCDP's Answer and Affirmative Defenses (filed on May 2, 2023) are concurrently filed. As the concurrently filed state court docket sheet confirms, no other papers have been filed or served in the state court action.

4.  As demonstrated below, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a).

## II.  **DIVERSITY JURISDICTION (28 U.S.C. § 1332(a))**

### A.  Amount in Controversy

5.  First, the amount in controversy in this case exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff alleges in Paragraph 1 of her Amended Complaint that "[t]his is an action for damages *which exceeds $30,000.00*." (Pl. Am. Compl. at ¶ 1) (emphasis added). In addition, in the Civil Cover Sheet filed with the state court and again filed herewith, Plaintiff estimated that the amount of her claim is "over $100,000.00." Moreover, on December 1, 2022, Plaintiff sent UCDP a demand letter in which she sought payment of $750,000.00 in resolution of her claims. The demand letter provides support for the amount sought (including medical billing records), indicating the demand is not mere puffery. Specifically, the letter lays out the injuries and medical treatment Plaintiff attributes to the subject incident and further indicates that Plaintiff will need to spend $3,000.00 per year on medical treatment for the remainder of her life as well as $150,000.00 on medical treatment in the United States. These factors—combined with the claims of damages made in the Amended Complaint including "permanent or continuing" "severe bodily injury," disability, disfigurement, pain and suffering, loss of earnings, and loss of capacity for the enjoyment of life—plausibly establishes that the amount in controversy here exceeds $75,000.00.

### B. Diversity of Citizenship

6. In accordance with 28 U.S.C. § 1332(a)(1), this action is between citizens of different States. First, in Paragraph 2 of the Amended Complaint, Plaintiff identifies herself as a resident of Belize (Pl. Am. Compl. at ¶ 2). Moreover, Plaintiff's demand letter indicates that she is a "Warrant Officer Regimental Sergeant Major" in the Belize Defense Force, a branch of the armed forces of the Country of Belize. For the purposes of diversity jurisdiction, "[a]n individual's citizenship is determined by that person's domicile," which is defined as "the place of his true, fixed, and permanent home."[1] Plaintiff's status as an Officer in her country's military sufficiently demonstrates that Plaintiff is a domiciliary of Belize because her compulsory military obligations require Belize to be her true, fixed, and permanent home while she serves.

7. Next, as established in the attached Declaration of Andrew Eitingon on UCDP's behalf (**Exhibit "A"**), UCDP is a citizen of the states of Delaware and Pennsylvania. UCDP is not a citizen of the state of Florida.[2]

### III. CONCLUSION

8. Accordingly, because diversity of citizenship exists, this Court has original jurisdiction over this cause, making removal appropriate pursuant to 28 U.S.C. § 1441(a).

Dated: May 12, 2023          Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

---

[1] *Furnari v. Nuance Communs., Inc.*, No. 6:11-cv-1119-Orl-35-GJK, 2011 U.S. Dist. LEXIS 166061, at *6 (M.D. Fla. Sep. 20, 2011).

[2] While UCDP is a Florida limited partnership, a limited partnership has the citizenship of each of its partners, whether general or limited. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004). Further, a court must trace the citizenship of unincorporated associations' partners or members "through however many layers of partners or members there may be." *Cableview Commc'ns of Jacksonville, Inc. v. Time Warner Cable Southeast LLC*, No. 3:13-CV-306-J-34JRK, 2013 WL 12441093, at *2 (M.D. Fla. May 6, 2013). The tracing provided in the Declaration of Andrew Eitingon for UCDP (**Exhibit "A"**) demonstrates that UCDP has citizenship in Delaware and Pennsylvania, not in Florida.

*/s/ J. Peter Greco*
NICHOLAS D. FREEMAN
Florida Bar No. 118620
nicholas.freeman@wilsonelser.com
J. PETER GRECO
Florida Bar No. 1003451
peter.greco@wilsonelser.com
111 North Orange Avenue, Suite 1200
Orlando, FL   32801
(407) 203-7599 - Phone
(407) 648-1376 – Facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on **May 12, 2023** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

/s/ J. Peter Greco_____
J. Peter Greco, Esq.

282556240v.1